# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**CHRISTOPHER DEMARKUS NARD**
aka
"Joseph Nard, aka "Killa Chris"

Case No.   4:13CR40022-001
USM No.   12119-010

Alex Wynn
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation violations   One, Two, Three, and Four,   of the term of supervision.
☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of Controlled Substance (Cocaine) | September 24, 2019 |
| Two | Use of Controlled Substance (Cocaine) | October 7, 2019 |
| Three | Use of Controlled Substance (Marijuana) | December 18, 2019 |
| Four | New Law Violation | March 6, 2020 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   8719

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:
Texarkana, Arkansas

March 16, 2023
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Honorable Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

March 17, 2023
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: CHRISTOPHER DEMARKUS NARD aka "Joseph Nard", aka "Killa Chris"
CASE NUMBER: 4:13CR40022-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twenty-Four (24) months, with credit for time served in federal custody; no Supervised Release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
Mr. Nard be housed at FCI Texarkana, or a facility located as close as possible to Texarkana, Arkansas. Additionally, the Court recommends Mr. Nard be allowed to participate in substance abuse treatment and vocational/educational programming, if able.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____